IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., ET AL,<br><br>    Amazon. | CIVIL ACTION NO. 2:17-cv-314<br>(Consolidated Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT AS TO AMAZON

Plaintiff Better Mouse Company, LLC ("BMC") and Amazon.com LLC and Amazon.com, Inc. ("Amazon") hereby submit this Joint Motion To Stay All Deadlines and Notice of Settlement and show:

(1) BMC and Amazon have reached a settlement in principle resolving all matters in controversy between the parties in the above-referenced action and are in the process of drafting and finalizing the settlement papers.

(2) Accordingly, BMC and Amazon submit that the Court's resources would best be served by a temporary stay of all unreached deadlines for a period of thirty (30) days so that the announced settlement in principle may be completed and appropriate dismissal papers thereafter filed with the Court.

WHEREFORE, BMC and Amazon request the Court grant this Joint Motion To Stay All Deadlines and Notice of Settlement and enter an Order granting a temporary stay of all upcoming deadlines for a period of thirty (30) days.

Date: August 14, 2017                          Respectfully submitted,

                                                    */s/ Larry D. Thompson, Jr.*
Larry D. Thompson, Jr. (lead attorney)
Texas Bar No. 24051428
larry@ahtlawfirm.com
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000
(713) 581-3020 fax

Stafford Davis
State Bar No. 24054605
THE STAFFORD DAVIS FIRM, PC
The People's Petroleum Building
102 N College Ave., 13th Floor
Tyler, Texas 75702
(903) 593-7000
sdavis@stafforddavisfirm.com

*Attorneys for Better Mouse Company, LLC*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 14th day of August, 2017.


                                                    */s/ Larry D. Thompson, Jr.*
Larry D. Thompson, Jr.

## CERTIFICATE OF CONFERENCE

      The undersigned hereby certifies that counsel for Amazon and counsel for BMC conferred and all parties agree to filing this as a joint motion.

*/s/ Larry D. Thompson, Jr.*
Larry D. Thompson, Jr.
