# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., ET AL, <br><br> Defendants. | CIVIL ACTION NO. 2:17-cv-314 <br> (Consolidated Lead Case) <br><br> **JURY TRIAL DEMANDED** |

## ORDER STAYING DEADLINES AS TO AMAZON

Before the Court is the joint motion of Plaintiff Better Mouse Company, LLC ("BMC") and Amazon.com LLC and Amazon.com, Inc. ("Amazon") to stay all deadlines until September 13, 2017 in view of BMC and Amazon having reached a settlement in principle that would resolve all matters in controversy between the parties. The Court having considered the motion, and having found good cause therefor, hereby ORDERS that the motion is GRANTED.