IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>AMAZON.COM, INC., ET AL,<br><br>       Amazon. | CIVIL ACTION NO. 2:17-cv-314<br>(Consolidated Lead Case)<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT AS TO WALMART**

Plaintiff Better Mouse Company, LLC ("BMC") and Defendant Wal-Mart Stores, Inc.[1] ("Walmart") hereby submit this Joint Motion To Stay All Deadlines and Notice of Settlement and show:

(1) BMC and Walmart have reached a settlement in principle resolving all matters in controversy between the parties in the above-referenced action and are in the process of finalizing the settlement papers.

(2) Accordingly, BMC and Walmart submit that the Court's resources would best be served by a temporary stay of all unreached deadlines for a period of thirty (30) days so that the announced settlement in principle may be completed and appropriate dismissal papers thereafter filed with the Court.

WHEREFORE, BMC and Walmart request the Court grant this Joint Motion To Stay All Deadlines and Notice of Settlement and enter an Order granting a temporary stay of all upcoming deadlines for a period of thirty (30) days.

---

[1] Walmart.com Inc. was also named as a defendant, but no such entity currently exists.

Date: September 29, 2017          Respectfully submitted,

                                  */s/ Larry D. Thompson, Jr.*
                                  Larry D. Thompson, Jr. (lead attorney)
                                  Texas Bar No. 24051428
                                  larry@ahtlawfirm.com
                                  Matthew J. Antonelli
                                  Texas Bar No. 24068432
                                  matt@ahtlawfirm.com
                                  Zachariah S. Harrington
                                  Texas Bar No. 24057886
                                  zac@ahtlawfirm.com
                                  Michael D. Ellis
                                  Texas Bar No. 24081586
                                  michael@ahtlawfirm.com
                                  ANTONELLI, HARRINGTON
                                  & THOMPSON LLP
                                  4306 Yoakum Blvd., Ste. 450
                                  Houston, TX 77006
                                  (713) 581-3000
                                  (713) 581-3020 fax

                                  Stafford Davis
                                  State Bar No. 24054605
                                  THE STAFFORD DAVIS FIRM, PC
                                  The People's Petroleum Building
                                  102 N College Ave., 13th Floor
                                  Tyler, Texas 75702
                                  (903) 593-7000
                                  sdavis@stafforddavisfirm.com

                                  *Attorneys for Better Mouse Company, LLC*

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 29th day of September 2017.


                                  */s/ Larry D. Thompson, Jr.*
                                  Larry D. Thompson, Jr.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Walmart and counsel for BMC conferred and all parties agree to filing this as a joint motion.

*/s/ Larry D. Thompson, Jr.*
Larry D. Thompson, Jr.