**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., ET AL, <br><br> Defendants. | CIVIL ACTION NO. 2:17-cv-314 <br> (Consolidated Lead Case) <br><br> **JURY TRIAL DEMANDED** |

**ORDER STAYING DEADLINES AS TO WALMART**

Before the Court is the joint motion of Plaintiff Better Mouse Company, LLC ("BMC") and Defendant Wal-Mart Stores, Inc. ("Walmart") to stay all deadlines until October 30, 2017 in view of BMC and Walmart having reached a settlement in principle that would resolve all matters in controversy between the parties. The Court having considered the motion, and having found good cause therefor, hereby ORDERS that the motion is GRANTED.