IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ET AL,<br><br>  Defendants. | CIVIL ACTION NO. 2:17-cv-314<br>(Consolidated Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| BETTER MOUSE COMPANY, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>HP, INC. AND HEWLETT-PACKARD DEVELOPMENT COMPANY,<br><br>  Defendants. | CIVIL ACTION NO. 2:17-cv-316<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL OF HP DEFENDANTS WITHOUT PREJUDICE PURSUANT TO RULE 41(A)(2)**

The Court has before it Plaintiff's stipulated motion of dismissal without prejudice of all claims and counterclaims asserted between Plaintiff and Defendants HP, Inc. and Hewlett-Packard Development Company, LP (collectively, "HP") without prejudice. The Court **GRANTS** the motion, and therefore **DISMISSES** all claims and counterclaims asserted between Plaintiff and HP from this action **WITHOUT PREJUDICE**. All attorneys' fees and costs must be borne by the party that incurred them.

**SIGNED this 19th day of December, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE