**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., ET AL,<br><br>    Defendants. | CIVIL ACTION NO. 2:17-cv-314<br>(Consolidated Lead Case)<br><br>**JURY TRIAL DEMANDED** |

### BETTER MOUSE'S MOTION TO ENTER BILL OF COSTS

Pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Rule CV-54, the Court's Standing Order Regarding Bills of Costs, and the Court's Final Default Judgment Against E-blue International Corporation (Dkt. 99), plaintiff Better Mouse Company, LLC ("Better Mouse") respectfully submits this Motion to Enter Bill of Costs.

Better Mouse respectfully requests that the Court grant this Motion, enter the accompanying Bill of Costs, and award costs in the amount of $400.00 to Better Mouse.

Dated:  September 27, 2018                     Respectfully submitted,

*/s/ Michael D. Ellis*
Larry D. Thompson, Jr. (lead attorney)
Texas Bar No. 24051428
larry@ahtlawfirm.com
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com

1

2

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000
(713) 581-3020 fax

Stafford Davis
State Bar No. 24054605
THE STAFFORD DAVIS FIRM, PC
The People's Petroleum Building
102 N College Ave., 13th Floor
Tyler, Texas 75702
(903) 593-7000
sdavis@stafforddavisfirm.com

*Attorneys for Better Mouse Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. In addition, E-blue International has not appeared in this lawsuit, and the foregoing document, along with a copy of the Court's Final Default Judgment Against E-blue International Corporation (Dkt. 99), will be sent via FedEx to the Hong Kong and Shenzhen addresses listed on E-blue International's website.

>  */s/ Michael D. Ellis*
>  Michael D. Ellis